UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

ROBERT MEDINA,
    a/k/a "Pops,"

        Defendant.

- - - - - - - - - - - - - - - - -x

ORIGINAL

INDICTMENT

13 Cr. 272

## COUNT ONE

The Grand Jury charges:

1. From at least in or about 2009, up to and including in or about July 2012, in the Southern District of New York and elsewhere, ROBERT MEDINA, a/k/a "Pops," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ROBERT MEDINA, a/k/a "Pops," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance involved in the offense was 280 grams and more of mixtures and substance containing a

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 12 2013

detectable amount of cocaine base, in a form known as "crack cocaine," in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. On or about July 28, 2012, in the Southern District of New York, ROBERT MEDINA, a/k/a "Pops," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was discharged.

(Title 18, United States Code, Sections
924(c)(1)(A)(iii) and 2.)


_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT MEDINA
a/k/a "Pops,"

Defendant.

INDICTMENT

13 Cr. \_\_\_\_\_

(18 U.S.C. §§ 924,
21 U.S.C. § 846)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]* 4/12/13
Foreperson.

4/12/13 - Filed Indictment.
Case assigned to Judge Gardephe
Judge Peck
USMJ.